UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6016

JAMES EDMOND WATTS,

Plaintiff - Appellant,

versus

PATRICIA E. CONNER, Correctional Officer,
Augusta Correctional Center; L. SAUNDERS,
Warden; JACK LEE; S. JAMES TAYLOR; MAJOR DAY;
D. BOYERS, Captain; INVESTIGATOR REYNOLDS;
LAWRENCE W. DURY, III; L. H. HUFFMAN; SERGEANT
STARKEY,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Samuel G. Wilson, District Judge;
Glen E. Conrad, Magistrate Judge.  (CA-94-586-R)

Submitted:  March 21, 1996          Decided:  April 16, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

James Edmond Watts, Appellant Pro Se.  Pamela Anne Sargent, Assis-
tant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying Appellant's motions to compel discovery. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED